MOHAMMAD, APPELLEE, *v*. THE STATE OF OHIO, APPELLANT.

[Cite as *Mohammad v. State*, 136 Ohio St.3d 326, 2013-Ohio-3669.]

(No. 2012–2123—Submitted August 21, 2013—Decided September 5, 2013.)

{¶ 1} Appellant's motion to summarily reverse is granted. The judgment of the court of appeals is reversed and the cause is remanded on the authority of *Dunbar v. State*, 136 Ohio St.3d 181, 2013-Ohio-2163, 992 N.E.2d 1111.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

Terry H. Gilbert, for appellee.

Michael DeWine, Attorney General, and Peter K. Glenn–Applegate, Deputy Solicitor; and Timothy J. McGinty, Cuyahoga County Prosecuting Attorney, and Brian R. Gutkoski, Assistant Prosecuting Attorney, for appellant.